# UNITED STATES DISTRICT COURT

for the

Middle    District of    Florida

United States of America
v.

Joshua Keaton Berryhill
*Defendant*

)
)
)
)
)
)
)

Case No.    8:07-cr-199-JSM-CPT

RCVD USMS M/FL TAMPA
2025 JAN 27 PM 12:21

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **Joshua Keaton Berryhill**    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

MAY 5 2025 PM 3:47
FILED - USDC - FLMD - TPA

Date:    JAN 27 2025

_____
Issuing officer's signature

City and state:    Tampa, Florida

Elizabeth Warren, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 27 JAN 25 , and the person was arrested on *(date)* 2 MAY 25 at *(city and state)* Pasco Co Jail . |

Date: 5 MAY 25

_____
Arresting officer's signature

ORTIZ, Frank A DUSM M/FL
*Printed name and title*