# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:07-cr-199-JSM-CPT | | DATE: | May 6, 2025 |
|---|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA | | | **LANGUAGE:** | |
| v. | | | **GOVERNMENT COUNSEL** Chris Murray AUSA | |
| JOSHUA KEATON BERRYHILL | | | **DEFENSE COUNSEL** Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:57 to 3:04 | | **TOTAL: 7** MIN | **PROBATION:** | |
| | | | **COURTROOM:** | 10A |

**PROCEEDINGS**:  INITIAL APPEARANCE ON VIOLATION OF SUPERVISED RELEASE

Arrested on May 6, 2025

Oral motion for appointment of counsel.  Oral motion granted; Public Defender's office appointed.

Counsel for Defendant provided a copy of the Petition.

Defendant advised of rights and charges.

Defendant is not seeking a preliminary hearing and waives the hearing.

Court finds probable cause the Defendant violated his supervised release.

Government:  is seeking detention. Flight risk.

Defendant:  is seeking release.

Court:  defendant is ordered detained.

Defendant remanded to custody of USMS.