UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V.                                      Case No.  8:07-cr-199-JSM-CPT

JOSHUA KEATON BERRYHILL
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court on the Defendant's initial appearance and detention hearing relating to a petition charging the Defendant with violating conditions of the Court's supervised release.  In the presence of counsel, the Defendant waived the right to a preliminary revocation hearing.  Consequently, the Defendant is directed to appear before the district judge for a final revocation hearing.

The Government requested that the Defendant be **DETAINED,** pending the outcome of a final revocation hearing.  Given that the Defendant is serving a sentence, the burden is on the Defendant to establish that the Defendant is not a flight risk nor a danger to the community.  *See* 18 U.S.C.  § 3143 and *Fed.R.Crim.P.* 32.1.  Here, the Defendant challenged the Government's request for detention. The court, after hearing the argument, finds, based upon the Defendant's alleged violation(s) of supervised release, he has failed to provide clear and convincing

evidence that he is not a flight risk or a danger to the community.

For these reasons, it is

**ORDERED**:

1.  Defendant shall be **DETAINED** pending the final revocation hearing and is committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

3.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE and ORDERED** at Tampa, Florida, on May 7, 2025.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record
        U.S. Marshal
        U.S. Probation