# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

    **v.**                           **Case No: 8:07-CR-199-JSM-CPT-1**

**JOSHUA KEATON BERRYHILL**

_____ /

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Joshua Keaton Berryhill, in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as counsel for the Defendant, and to withdraw the name of Samuel Landes, Assistant Federal Defender, as notice counsel for the Defendant.

    DATED this 9th day of May 2025.

                                   Respectfully submitted

                                   A. FITZGERALD HALL, ESQ.
                                   FEDERAL DEFENDER

                                   */s/ Ryan J. Maguire*
                                   Ryan J. Maguire, Esq.
                                   Assistant Federal Defender
                                   Florida Bar No. 117534
                                   400 North Tampa St. Suite 2700
                                   Tampa, FL 33602
                                   Telephone:  (813) 228-2715
                                   Facsimile:   (813) 228-2562
                                   Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Christopher Francis Murray, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender