**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

CASE NO.  8:07-cr-199-JSM-CPT          DATE:  May 20, 2025
TITLE:     **United States of America v. JOSHUA KEATON BERRYHILL**
TIME:      9:49 AM – 9:55 AM               TOTAL: 6 minutes

| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
|---|---|
| Court Reporter: Tracey Aurelio | Probation: Scott Michalik |
| Counsel for Government:      Chris Murray, AUSA | |
| Counsel for Defendant:      Ryan Maguire, AFPD | |

## CRIMINAL MINUTES: FINAL REVOCATION OF SUPERVISED RELEASE HEARING

Court in session and counsel identified for the record. Defendant present with counsel. Defendant sworn.

Defendant admitted to violation of charge numbers 1 through 7 as alleged in the petition for revocation.

The Court heard from counsel regarding violations, supervision, and sentence.

For the reasons stated on the record, the Court deferred ruling on the violation allegations as stated in the Petition (Dkt. 61).

This final revocation hearing is continued to November 2025, to be set by separate notice.

The defendant is Ordered released from custody of the United States Marshal Service under the same terms and conditions of supervision previously imposed.

Court adjourned.