**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                                **CASE NO: 8:07-cr-199-JSM-CPT**

**JOSHUA KEATON BERRYHILL**
**(USM 49565-018)**

_____

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE came before the Court on this 20th day of May 2025, on a Petition for Revocation of Supervised Release (Dkt. 61).  The Defendant, Joshua Keaton Berryhill (USM 49565-018), represented by Counsel, admitted to violating conditions One through Seven of the terms and conditions of his supervised release.

Even though Defendant admitted the allegations, the Court deferred ruling until November 2025.

It is, therefore, **ORDERED AND ADJUDGED**:

1. Defendant is continued on his current term of supervised release.

2. Defendant is ordered released from the custody of the United States Marshal Service under the same terms and conditions of supervision previously imposed.

3. The Final Revocation of Supervised Release hearing is continued to November 2025, to be set by separate notice.

**DONE AND ORDERED** at Tampa, Florida this 20th day of May, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE