**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

  **v.**                                                    **Case No: 8:07-CR-199-JSM-CPT-1**

**JOSHUA KEATON BERRYHILL**

_____ /

**DEFENDANT'S UNOPPOSED MOTION**
**TO CONTINUE FINAL REVOCATION HEARING**

The Defendant, Joshua Keaton Berryhill, through undersigned counsel, pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing set November 13, 2025, for a period of a week or to a date that's convenient to this Court. As grounds in support thereof, Mr. Berryhill states the following:

1. On May 6, 2025, Mr. Joshua Keaton Berryhill was charged with alleged violations of the conditions of his supervised release and made his initial appearance on petition. Doc.71. Mr. Berryhill was detained, and a final revocation hearing was set for May 20, 2025. Docs.71 and 73.

2. This Court entered an *Order Continuing Defendant on Supervised Release,* where Mr. Berryhill was released and the Court deferred ruling until November 2025. Doc. 77.

3. This Court reset the final revocation hearing for November 13, 2025. Doc. 78.

4. This is the first continuance requested in this matter.

5. Undersigned respectfully requests a one (7 days) week continuance of the final revocation hearing as undersigned will be in trial week of November 10, 2025, with trial date certain on November 12, 2025, as such a continuance is necessary to provide efficient and just representation of Mr. Berryhill.[1]

6. Additionally, undersigned counsel seeks protection from the week of November 24-28, 2025, as he will be travelling for the Thanksgiving Holiday.

7. Undersigned has conferred with Assistant United States Attorney, Cristopher Murray, in this case, and he has advised the government has no objection to the requested continuance.

8. Mr. Berryhill is released and is in agreement with this motion.

**MEMORANDUM OF LAW**

Federal Rule of Criminal Procedure Rule 32.1(b)(2) states that "the court must hold the revocation hearing within a reasonable time." Additionally,

---

[1] *See US v. Orellana,* 8:25-cr-00003-TPB-SPF

2

Local Rule 3.08 and Federal Rule of Criminal Procedure 32(b)(2) provide that a continuance may be allowed by order of the Court for good cause. Defense counsel submits that the aforementioned reasons are a good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Joshua Keaton Berryhill respectfully moves this Honorable Court to enter an Order continuing the final revocation hearing for a period of one week.

DATED this 28th day of October 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
INTERIM FEDERAL DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: ryan_maguire@fd.org

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of October 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Christopher Francis Murray, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender

4