UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:07-cr-199-JSM-CPT

JOSHUA KEATON BERRYHILL

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Christopher F. Murray.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ Christian Adkins*
        Christian Adkins
        Assistant United States Attorney
        United States Attorney No. 231
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Christian.Adkins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Counsel of Record

By:    */s/ Christian Adkins*
       Christian Adkins
       Assistant United States Attorney
       United States Attorney No. 231
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Christian.Adkins@usdoj.gov